UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:21-cr-0027-6** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KENT ANTHONY DUHON** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 247] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 253] and noting the defendant's waiver of objections, the court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 3 of the Indictment.

**THUS DONE AND SIGNED** in Chambers this 22nd day of April, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE